OPINION #O- 7463 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.